*Florida,* 449 US 560; 101 S Ct 802; 66 L Ed 2d 740 (1981), held that individual states, consistent with constitutional guarantees, could provide for radio, television, and still photographic coverage of criminal trials for public broadcast. These proposed guidelines adhere to many of those recommended by the State Bar's Law and Media Committee which were approved by the Representative Assembly.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

Comments on this proposal may be sent to the Supreme Court clerk within 90 days after it is published in the Michigan Bar Journal.

*Certified Question Declined April 1, 1987:*

IN RE CERTIFIED QUESTION, LoPICCOLO v SECOND INJURY FUND, No. 78766. The certified question presented to this Court by the United States Court of Appeals for the Sixth Circuit is considered and the Court declines to answer the certified question. BOYLE, ARCHER, and GRIFFIN, JJ., would answer the certified question.

Reconsideration denied June 26, 1987. BOYLE, J., would grant reconsideration and would grant leave to appeal.

*Leave to Appeal From Attorney Discipline Board Denied April 27, 1987:*

GRIEVANCE ADMINISTRATOR v FISCHER, No. 80325.

GRIEVANCE ADMINISTRATOR v KNOX, No. 80337.

*Ordered to be Published May 5, 1987:*

PROPOSED AMENDMENT OF MCR 7.215. On order of the Court, this is to advise that the Court is considering whether to amend MCR 7.215. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

[The present language is to be repealed and replaced by the following language unless otherwise indicated below:]

RULE 7.215. OPINIONS, ORDERS, JUDGMENTS, AND FINAL PROCESS FROM COURT OF APPEALS.